UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Benjamin Teich (BT 2377)
One Newark Center, Suite 2100
Newark, NJ   07102
Telephone:   (973) 645-3014
Facsimile:   (973) 645-5993
E-mail: Benjamin.Teich@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| In re | : | Case No. 16-17551 (VFP) |
|  | : | Chapter 11 |
| John J. Castano, | : | The Honorable Vincent F. Papalia |
|  | : |  |
|  | : | Hearing Date: November 3, 2016 at 2:30 p.m. |
| Debtor. | : |  |

**NOTICE OF MOTION BY THE ACTING UNITED STATES TRUSTEE FOR AN ORDER ENFORCING THE CONSENT ORDER SUSPENDING JOSHUA L. THOMAS ESQUIRE'S FILING PRIVILEDGES IN THE UNITED STATES BANKRUPTCY COURT FOR THE STATE OF NEW JERSEY FOR A PERIOD OF TWO YEARS ENTERED BY JUDGE KAPLAN ON AUGUST 30, 2016**

**TO:   ALL PERSONS ON ATTACHED CERTIFICATE OF SERVICE**

**PLEASE TAKE NOTICE** that the Acting United States Trustee, by and through counsel, shall move before The Honorable Vincent F. Papalia, United States Bankruptcy Judge, on **November 3, 2016, at 2:30 p.m.**, or as soon thereafter as counsel may be heard, at the United States Bankruptcy Court, 50 Walnut Street, Newark, New Jersey, for an order enforcing the consent order suspending filing privileges of Joshua L. Thomas Esquire in the United States Bankruptcy Court for the State of New Jersey for a period of two years and for such further relief as this Court deems just and appropriate.

**PLEASE TAKE FURTHER NOTICE** that any papers in opposition to the Motion must be filed with the Court and served upon the Acting United States Trustee no later than seven (7) days in advance of the hearing date pursuant to D.N.J. LBR 9013-2(a)(2).

                ANDREW R. VARA
                ACTING UNITED STATES TRUSTEE
                REGION 3

                By: */s/Benjamin Teich*
                    Benjamin Teich
                    Trial Attorney

DATED: October 13, 2016